1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ARELLANO CABRAL JOSE ABDIEL, an individual, | Case No.: 2:25-cv-00295-AH-SSCx |
|---|---|
| Plaintiffs, | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE [19 [JS-6]** |
| vs. | |
| FORD MOTOR COMPANY, a Delaware Corporation; VINCE DIXON FORD, INC., a California Corporation; and DOES 1 through 30, inclusive, | Complaint Filed: November 15, 2024<br>Removal Date: January 10, 2025 |
| Defendants. | |

///
///
///
///
///
///
///
///
///

**ORDER**

The Court, having considered the signed stipulation of Dismissal with Prejudice and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

The action shall be dismissed with prejudice.

**IT IS HEREBY ORDERED**

DATED: NOVEMBER 25, 2025



_____
HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE